IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cr-232

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| STEPHEN D. LACEY | ) | |

A motion having been duly brought before this Court for an order directing the Clerk of Court to accept prepayment of the monetary penalties in this matter by the United States of America and the defendant, and the Court having considered the same, the Court finds that the Clerk of Court will accept and deposit prepayment of the monetary penalties in this matter.

It is, therefore, ORDERED, ADJUDGED AND DECREED that:

1. The prejudgment payment will be accepted by the Clerk of Court in this case and the funds will be deposited into an interest bearing account in the Registry of the Court.

2. Upon receipt of the Judgment entered in this case, the Clerk of Court will apply the prejudgment money and any interest accrued toward the monetary penalties ordered in this matter.

The government will serve a copy of this Order upon the Clerk or the Financial Deputy Clerk.

Signed: May 3, 2011

Robert J. Conrad, Jr.
Chief United States District Judge